1030

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE A. SPIES, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3990, Fred VanSickle, J., entered August 6, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. FLETCHER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 23806, William J. Grant, J., entered January 6, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

THE STATE OF WASHINGTON, *Respondent,* v. GERALD PAUL ROUNDTREE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73397, Robert M. Elston, J., entered February 17, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, A.C.J., and Williams, J.